# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  01-cr-00100-EWN-01 |
| BURNEST JOHNSON | USM Number:  30258-013 |
| | Susan Fisch, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, and 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 02/03/07 |
| 2 | Possession and Use of a Controlled Substance | 07/02/07 |
| 3 | Possession and Use of a Controlled Substance | 07/18/07 |
| 4 | Possession and Use of a Controlled Substance | 07/31/07 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 07/24/07 |

     The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 28, 2007
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, Chief U.S. District Judge
Name & Title of Judge

DEFENDANT:  BURNEST JOHNSON
CASE NUMBER:  01-cr-00100-EWN-01                                                                Judgment-Page 2 of 5

          October 9, 2007
                     Date

DEFENDANT:  BURNEST JOHNSON
CASE NUMBER:  01-cr-00100-EWN-01                                                   Judgment-Page 3 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer | 08/07/07 |
| 7 | Failure to Pay Restitution as Directed | 07/2007 |

DEFENDANT:  BURNEST JOHNSON
CASE NUMBER:  01-cr-00100-EWN-01                                                Judgment-Page 4 of 5

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months.

  The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

  Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                    UNITED STATES MARSHAL

                By_____
                   Deputy United States Marshal

DEFENDANT:  BURNEST JOHNSON  
CASE NUMBER:  01-cr-00100-EWN-01                                                                 Judgment-Page 5 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $0.00 | $0.00 | $14,690.00 |

The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Amount | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Social Security Administration<br>Debt Management Section<br>Attn.:  Court Refund<br>P.O. Box 2861<br>Philadelphia, Pennsylvania 19122 | $14,690.00 | $14,690.00 | |
| **TOTALS** | $14,690.00 | $14,690.00 | |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  BURNEST JOHNSON
CASE NUMBER:  01-cr-00100-EWN-01                                      Judgment-Page 6 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The balance of the restitution shall be paid in either a lump sum or in equal monthly installments during the period of supervised release, commencing thirty days after release from a term of imprisonment.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal.